UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

Norfolk Division

ANTONIO JONES,                          :

                                        :

     v.                                 :   Case No. 2:03-cr-172

                                        :

UNITED STATES OF AMERICA.                :

---

### DEFENDANT'S SUPPLEMENTAL RESPONSE TO HIS ATTORNEY, JAMES BROCCOLETTI'S RESPONSE TO THE GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL

---

COMES NOW, The Defendant Antonio Sherrod Jones and hereby states as follows in reply to the government response in opposition to Mr. Jones' amended motion to compel (Doc 113). This supplemental brief addresses the two primary points of the government's opposition response.

The Government's first point alleges that Mr. Jones lied to and witheld information from federal agents during his debriefing sessions. As noted in the brief filed by Mr. Jones' attorney, Mr. Jones does not deny that there were difficulties with his debriefing sessions. The Government states in its initial response that Mr. Jones witheld and lied about important information, but as the record shows, Mr. Jones only objected to inaccurate information that was in his PSR, which he had a right to do and is not in breach of his plea agreement. Upon objecting in his debriefings, he asked to be given a polygraph on numerous occassions. His requests were either denied or ignored. Mr. Jones did not withhold or lie about any information

-1-

but merely disagreed with the information that was provided in his PSR.

The Government states that they first, and foremost want the truth, but if that is truly the case, why not provide a polygraph as they stated they would do in Mr. Jones' plea agreement (see Plea Agreement) if they deemed Mr. Jones to be untruthful. Had Mr. Jones been provided a polygraph and failed that would clearly take away any position Mr. Jones has of being truthful.

As the record shows, Mr. Jones had a polygraph performed at his own expenses to further show that he was indeed truthful but the Government has chosen to totally ignore this polygraph. Mr. Jones has made it clear that he is willing to take another polygraph administered by whomever the Government chooses at any time in order to get to the actual truth.

Mr. Jones also asserts that he was led to believe by his trial attorney and the Government that any and all issues were resolved prior to sentencing and the record undeniably supports that assertion.

The sentencing transcript shows that his trial attorney, Mr. Broadnax, was under the impression that everything was ironed out, as he even stated to the court (see Sentencing Transcript) (Pg 7 lns 15 thru 25, Pg 8 Lns 1 thru 4)(also Pg 11 Lns 11 thru 14) Mr. Broadnax states:

"Its been very intensive in trying to get to a point that we could come before you as we are and not disagree on important parts of the PSR." Also on page 11 Lns 16 -17, he states: "so we could not have a protracted sentencing hearing and we accomplished that last week." (n Page 22 LNS 9 thru 13) Mr. Broadnax goes on and states to the court, "And we are hopeful that we will be back in front of you

-2-

again at some point. Hopefully, Mr. Jones has had many consultations with the Government in an effort to try to get everything out, to help them in their investigation of others."

The record also shows that Mr. Broadnax did not file any objections because he did not want to undo the progress that was made in debriefings and he did not want to upset the probation office and the Government. (See Pg 7 Lns 15 thru 25, Pg 8 Lns 1 thru 4).

The Government also states in their initial response that Mr. Jones admitted to being untruthful. Mr. Jones contends that he never made those statements as the record will show (See Transcripts Pg 21 Lns 15 thru 21). Mr. Broadnax states:

"For a period of a couple of years, 1995 thru 1997, Mr. Jones stopped selling drugs. All these are facts that he told the FBI. He did begin again selling drugs, he admitted to it. He's given the Government information that's not in his PSR about his criminal activity in an effort to try to assist the Government substantially."

After review of Mr. Jones' PSR, the record will show that eighty percent of the drugs that detremined Mr. Jones' sentence were attributed to him during the years that he didn't deal drugs as well as the two point gun enhancement and the name of the individuals that the polygraph determined Mr. Jones had no knowledge of or dealings with. Mr. Jones affirms that he never told the agents that he was never untruthful at any time.

By not objecting to the inaccurate information in his PSR and the Government not filing for a reduction, Mr. Jones has been left in a very bad situation. He has now been left with an inaccurate drug amount that prevents him from receiving any

-3-

of the three retroactive amendments that have been passed over the years and an additional two point enhancement for a gun that is also inaccurate and was not proffered by the Government at his plea colloquy.

The second point that the Government makes is its assertion that the agents and prosecutor in the Cromwell prosecution were unaware of the supposed past truthfulness issues. Mr. Jones states with certainty that he had an in depth conversation with Homeland Security Agent George Fox, the agent-in-charge, about the issues at least a week prior to going before the grand jury. Mr. Jones explained to Agent Fox everything that he had been through by cooperating in a murder trial for the Commonwealth Attorney's Office of Norfolk. He explained that he had been physically assaulted, robbed of his personal possessions at knife point and transferred over 600 air miles away from his family and that if he was not going to receive credit for his assistance to not use him.

Agent Fox stated to Mr. Jones "Everyone knows you're here, it had to be approved. Ms. Everhart and Ms. Tayman work in the same building. You wouldn't be here if you couldn't be. Don't worry about anything."

Mr. Jones brought the issue to the forefront to make sure he would receive credit. It should also be noted that Agent Fox submitted that Mr. Jones receive credit for his assistance.

The record clearly shows that Mr. Jones in good faith, did what was asked of him and yet the Government again refused

-4-

to live up to its word.  To date, the Government has offered no satisfactory justification for its inaction.

## CONCLUSION

WHEREFORE the reasons stated above, the Defendant, Antonio Jones prays that this Honorable Court grants Mr. Jones motion and orders the United States to file a Rule 35 motion on his behalf or in the alternative, grant Mr. Jones an evidentiary hearing so that the court may determine the veracity of both his and the Government's claims.

Respectfully submitted,

Antonio Jones

## CERTIFICATE OF SERVICE

I, Antonio Jones certify that a true and correct copy of my Supplemental Response...Motion to Compel was sent to the Office of the United States Attorney and to James Brocoletti. Esq. on this 2nd day of November 2015.

_Antonio Jones_
Antonio Jones